STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant, CECIL TALLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　PLAINTIFF,<br><br>v.<br><br>CECIL TALLEY,<br>　　　　DEFENDANT. | CR 19-605 RS<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by the parties to this action, that the hearing date of April 14, 2020, be vacated and re-set for June 9, 2020, at 2:30 p.m. The parties request this continuance in light of the shelter-in-place orders issued by the state of California and the City of San Francisco to attempt to control the spread of the COVID-19 virus. The parties agree and stipulate that the time between April 14, 2020, and June 9, 2020, should be excluded for effective preparation of counsel under 18 U.S.C. §3161(h)(7)(A),(B)(iv). The parties further agree to the following briefing schedule:

- Defendant's motion shall be filed on or before May 5, 2020
- Government's opposition shall be filed on or before May 19, 2020
- Defendant's reply shall be filed on or before June 2, 2020

1

| | |
|---|---|
| DATED: March 23, 2020 | /S/ |
| | ELLEN V. LEONIDA |
| | Assistant Federal Public Defender |
| | Counsel for Defendant |

| | |
|---|---|
| DATED: March 23, 2020 | /S/ |
| | CHRISTINA LIU |
| | Assistant United States Attorney |

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 9, 2020, at 2:30 p.m., before the Honorable Richard Seeborg. Time is excluded from April 14, 2020, to June 9, 2020, for effective preparation of counsel pursuant to 18 U.S.C. §3161(h)(7)(A),(B)(iv).

IT IS SO ORDERED.

DATED: __3/23/2020__    _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE