DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7199
> Fax: (415) 436-7234
> christina.liu@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-605 RS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| CECIL DIVAYA TALLEY, II, | |
| Defendant. | |

Defendant Cecil Divaya Talley, II and the United States appeared before the Court for a status conference on February 11, 2020, and the Court scheduled a motion hearing for April 14, 2020. Dkt. No. 13 (Min. Entry). The Court subsequently set a briefing schedule and continued the motion hearing to June 9, 2020, upon the parties' joint stipulation and request. Dkt. No. 17 (Order).

The parties now stipulate and request to continue the briefing deadlines and the suppression motion hearing each by one week. Defense counsel is recovering from a medical condition and requires more time to review the discovery materials and to discuss the suppression issues with defendant. The parties agree and request that the time between June 9, 2020 and June 16, 2020 be excluded under the Speedy Trial Act for effective preparation of counsel and in the interests of justice.

Thus, the parties stipulate, and the Court finds and holds, as follows:

1. Defendant's motion shall be filed on or before May 12, 2020.

2. The United States' opposition shall be filed on or before May 26, 2020.

3. Defendant's reply shall be filed on or before June 9, 2020.

4. This matter is set before this Court for a motion hearing on June 16, 2020 at 2:30 p.m.

5. The time between June 9, 2020 and June 16, 2020, is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial. *See id.* § 3161(h)(7)(A).

Dated: May 4, 2020

/s/ *Christina Liu*
CHRISTINA LIU
Assistant United States Attorney

Dated: May 4, 2020

/s/ *with permission*
ELLEN LEONIDA
Assistant Federal Public Defender
Counsel for Defendant

IT IS SO ORDERED.

Dated: May 4, 2020

THE HON. RICHARD SEEBORG
United States District Judge

STIP. AND [PROP.] ORDER TO EXCL. TIME
CR 19-605 RS                    2