```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  CHRISTINA LIU (CABN 308362)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-7199
 7       Fax: (415) 436-7234
         christina.liu@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 19-605 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO |
|  | ) CONTINUE STATUS CONFERENCE |
| CECIL DIVAYA TALLEY, II, | ) |
| Defendant. | ) |

The parties appeared before the Court in the above-captioned matter for a telephonic suppression motion hearing on June 16, 2020. Dkt. 25 (Min. Entry). The Court granted defendant's suppression motion and scheduled a status conference for July 14, 2020. Dkt. 26 (Order). One purpose of the status conference is for the United States to inform the Court whether it intends to appeal the suppression ruling.

The United States' notice of appeal is due on July 16, 2020. *See* Fed. R. Crim. P. 4(b)(1)(B) (allowing government 30 days after entry of order to file notice of appeal). The United States expects to have more information on its position after this July 16, 2020 deadline.

Thus, the parties stipulate and request that the July 14, 2020 status conference be continued to

STIP. AND ORDER TO CONT. STATUS CONF.
CR 19-605 RS                                                    1

1  July 21, 2020, or to a subsequent date deemed appropriate by the Court.

2      The undersigned Assistant United States Attorney certifies that she has obtained approval from

3  counsel for the defendant to file this stipulation and proposed order.

5      IT IS SO STIPULATED.

7  Dated: July 10, 2020　　　　　　　　　　　　　　　　　/s/ *Christina Liu*
8  　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTINA LIU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

11  Dated: July 10, 2020　　　　　　　　　　　　　　　　/s/ *with permission*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELLEN LEONIDA
12  　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

### ORDER

16      Based on the representations of counsel and for good cause shown, IT IS HEREBY ORDERED

17  that the status conference set for July 14, 2020 at 2:30 p.m. is reset for  July 21, , 2020 at

18   2:30 p.m.  .

19  Dated: 7/10/2020

20  　　　　　　　　　　　　　　　　　　　　　　　　　　　THE HON. RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

STIP. AND ORDER TO CONT. STATUS CONF.
CR 19-605 RS　　　　　　　　　　　　　　　2