DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    Fax: (415) 436-7234
    christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CECIL DIVAYA TALLEY, II,<br><br>    Defendant. | No. CR 19-605 RS<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE |

The parties appeared before the Court in the above-captioned matter for a telephonic suppression motion hearing on June 16, 2020. Dkt. 25 (Min. Entry). The Court granted defendant's suppression motion and scheduled a status conference for July 14, 2020. Dkt. 26 (Order). At the parties' request, the Court continued the status conference to July 21, 2020. Dkt. 30 (Order).

On July 16, 2020, the United States filed a notice of appeal of the suppression ruling. Dkt. 31 (Not. of Appeal). That appeal remains pending.

Thus, the parties stipulate and request that the Court vacate the July 21, 2020 status conference. The parties request an opportunity to submit a joint status report or to request another status conference once the appeal is resolved.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: July 17, 2020

/s/ *Christina Liu*
CHRISTINA LIU
Assistant United States Attorney

Dated: July 17, 2020

/s/ *with permission*
ELLEN LEONIDA
Assistant Federal Public Defender
Counsel for Defendant

## ORDER

Based on the representations of counsel and for good cause shown, IT IS HEREBY ORDERED that the status conference set for July 21, 2020 at 2:30 p.m. is VACATED. The parties shall submit a joint status report or request a new status conference once the pending appeal is resolved.

Dated: July 17, 2020

THE HON. RICHARD SEEBORG
United States District Judge